01-15-00881-CR



# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

## CORRECTION LETTER - MOTION FOR NEW TRIAL

October 27, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/4/2015 12:38:03 PM
CHRISTOPHER A. PRINE
Clerk

JOSEPH SALHAB
ATTORNEY OF RECORD
2028 BUFFALO TERRACE
HOUSTON TX 77019

Defendant's Name: JENNIFER H ZARNFALLER

Cause No: 1370846

Court: 179TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 10-2-15
**Sentence Imposed Date:** 10-2-15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** JOSEPH SALHAB
Motion for New Trial   FILED ON 10-27-

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

    RENEE REAGAN (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.